DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
HUMBERTO CERDA-VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-08-0023 (LKK) |
| Plaintiff, | |
| v. | **ORDER AFTER HEARING** |
| | JUDGE: Lawrence K. Karlton |
| HUMBERTO CERDA-VASQUEZ, | |
| Defendant. | |

This matter came on for Status Conference on February 26, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Kyle Reardon appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Humberto Cerda-Vasquez, who was present and using the services of the certified Spanish language interpreter.

Defense counsel requested additional time for investigation, review of discovery and to prepare a defense of the case with the government. A further status conference date of March 18, 2008, is set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from February 26, 2008, up until and including March 18, 2008.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to March 18, 2008, at 9:30 a.m. for Status

Order After Hearing

1 | Conference.

2 |     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4,

3 | the period from February 26, 2008, up to and including March 18, 2008, is excluded from the time

4 | computations required by the Speedy Trial Act due to ongoing preparation of counsel.

5 | Dated to: March 21, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT