DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HUMBERTO CERDA-VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-08-0023 (LKK) |
| ) Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | JUDGE: Lawrence K. Karlton |
| HUMBERTO CERDA-VASQUEZ, ) | |
| ) Defendant. ) | |

This matter came on for Status Conference on March 18, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Kyle Reardon appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Humberto Cerda-Vasquez, who was present and using the services of the certified Spanish language interpreter.

Defense counsel requested additional time for investigation, review of discovery and to prepare a defense of the case with the government. A further status conference date of April 15, 2008, is set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from March 18, 2008, up until and including April 15, 2008.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to April 15, 2008, at 9:30 a.m. for Status

Order After Hearing

1   Conference.

2       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4,
3   the period from March 18, 2008, up to and including April 15, 2008, is excluded from the time
4   computations required by the Speedy Trial Act due to ongoing preparation of counsel.
5   Dated: March 21, 2008

                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT