DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
HUMBERTO CERDA-VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-08-023 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| | ) | |
| HUMBERTO CERDA-VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

_____

This case is currently scheduled for a status hearing on April 15, 2008.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for April 15, 2008, be continued until April 22, 2008.  In addition, the parties stipulate that the time period from April 15, 2008, to April 22, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1

1  DATED: April 14, 2008

2
                    Respectfully submitted,
3
   McGREGOR W. SCOTT                    DANIEL BRODERICK
4  United States Attorney               Federal Defender

5

6   /s/Lexi Negin for Kyle Reardon       /s/ Lexi Negin
   KYLE REARDON                         LEXI NEGIN
7  Assistant U.S. Attorney              Assistant Federal Defender
   Attorney for United States           Attorney for Humberto Cerda-Vasquez
8

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-08-023 LKK |
| Plaintiff, ) | |
| v.  ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| HUMBERTO CERDA-VASQUEZ, ) | |
| Defendant.  ) | |

For the reasons set forth in the stipulation of the parties, filed on April 14, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for April 15, 2008, be vacated and that the case be set for Tuesday, April 22, 2008 at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 14, 2008 stipulation, the time under the Speedy Trial Act is excluded from April 15, 2008, through April 22, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: April 14, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2